Gene CROSS, Plaintiff-Appellant,

v.

TELE–REP, INC. and Debra Ann Browne, Defendants-Respondents.

No. 47629.

Missouri Court of Appeals,
Eastern District.

Sept. 18, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Oct. 30, 1984.

Lawrence O. Willbrand, St. Louis, for plaintiff-appellant.

James E. Whaley, Thomas Horn, St. Louis, for defendants-respondents.

ORDER

PER CURIAM.

The judgment is affirmed in accordance with Rule 84.16(b).